**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Mike Nayef v. Sabah M. Nayef

Appellate case number:    01-19-00077-CV

Trial court case number:   1124037

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellant, Mike Nayef, filed a pro se notice of appeal on January 29, 2019, in the trial court from the January 29, 2019 final judgment in this forcible detainer action. *See* TEX. R. APP. P. 26.1. On January 31, 2019, the county clerk filed an indigent clerk's record containing appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), filed on December 14, 2018, but no court order. On March 20, 2019, the court reporter's information sheet stated that no reporter's record was taken.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, because appellant is proceeding pro se, the Court **ORDERS** the county clerk to mail the clerk's record to the appellant, at no cost to appellant, **within 10 days** of the date of this order, and shall certify the delivery date **within 20 days** of the date of this order. Finally, appellant is **ORDERED** to file appellant's brief **within 30 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature:   _/s/ Evelyn V. Keyes_____

⊠ Acting individually     ☐ Acting for the Court

Date: __March 28, 2019____